UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT SHEPARD, | ) Case No. CV 12-3026 MRW |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| CONNIE GIPSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Dismissing Untimely Habeas Petition,

IT IS ADJUDGED that this action is dismissed with prejudice as to the pending claims.

DATE: October 15, 2012

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE